Becca Wahlquist (Bar No. 215948)
SNELL & WILMER L.L.P.
350 South Grand Avenue, Suite 3100
Two California Plaza
Los Angeles, California 90071
Telephone: 213.929.2500
Facsimile: 213.929.2525
Email: bwahlquist@swlaw.com

Attorneys for Defendant
*Diamond Resorts International Club, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLE FOURNIER and REJEAN FOURNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL CLUB, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-00911-RGK-KK<br><br>**RESPONSE TO ORDER TO SHOW CAUSE AND CONFIRMATION THAT MOTION SEEKING DISMISSAL UNDER RULE 12(b)(6) WAS FILED ON JULY 3, 2017, IN LIEU OF ANSWER**<br><br>**Hon. R. Gary Klausner** |

Defendant Diamond Resorts International Club, Inc. ("Diamond") has reviewed the OSC issued by this Court on July 20, 2017, and wishes to clarify that its Motion to Compel Arbitration and to Stay or Dismiss Action included a Motion to Dismiss pursuant to Rule 12(b)(6), given Plaintiffs' agreement to arbitrate their disputes with Diamond.

The Notice of Motion and Motion (Dkt. No. 11) specified Diamond's argument that the action should be "dismissed pursuant to Rule 12(b)(6) for failing to state a claim that can be pursued in this litigation forum, given Plaintiffs' agreement to arbitrate such disputes." *See* Dkt. 11 at 1:20-22. The Memorandum in support (Dkt. No. 11-1) also specified that the entire action "should be dismissed pursuant to Rule 12(b)(6) for failing to state a claim that can be pursued in this litigation forum" (*see* Dkt. 11-1 at 2:11-12), and provided the court with legal authority supporting dismissal of the complaint in its entirety because of the parties' agreement to arbitrate. *Id.* at 7:11-16 (citing to *Sparling v. Hoffman Const. Co., Inc.*, 864 F.2d 635, 638 (9th Cir. 1988).

Because Diamond thus moved this Court to dismiss Plaintiffs' Complaint in its entirety when filing its response to the Complaint on July 3, 2017, Diamond did not also file an Answer to the Complaint (a response that Diamond believes should be made in the parties' arbitration proceedings, once those are compelled by this Court). Diamond wished to clarify its reasons for not filing an Answer in this litigation, and to note that it did in fact file a Motion constituting a responsive pleading under the Federal Rules of Civil Procedure, Rule 12(b)(6), on July 3, 2017.

DEFENDANT'S RESPONSE TO OSC
CASE NO. 5:17-CV-00911-RGK-KK

| | | |
|---|---|---|
| 1 | Dated: July 26, 2017 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | By: /s/ Becca Wahlquist |
| 4 | | Becca Wahlquist<br>350 South Grand Ave., Suite 3100<br>Two California Plaza |
| 5 | | Los Angeles, California 90071 |
| 6 | | *Attorneys for Defendant* |
| 7 | | *Diamond Resorts International Club, Inc.* |

**PROOF OF SERVICE**

I, Becca Wahlquist, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is Snell & Wilmer L.L.P., 350 S. Grand Avenue, Suite 3100, Los Angeles, California 90071. On July 26, 2017, I served the within:

**RESPONSE TO ORDER TO SHOW CAUSE AND CONFIRMATION THAT MOTION SEEKING DISMISSAL UNDER RULE 12(b)(6) WAS FILED ON JULY 3, 2017, IN LIEU OF ANSWER**

on the interested parties in this action addressed as follows:

- **Amir J Goldstein**
  ajg@consumercounselgroup.com, jcl@consumercounselgroup.com

☒ (**BY ELECTRONIC MAIL**) By transmitting such document(s) electronically via the Central District of California's CM/ECF system, to the persons at the electronic mail addresses listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 26, 2017, at Los Angeles, California.

/s/ Becca Wahlquist

Becca Wahlquist

- 4 -

**DEFENDANT'S RESPONSE TO OSC**
**CASE NO. 5:17-CV-00911-RGK-KK**