JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELE FOURNIER and REJEAN FOURNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL CLUB, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 5:17-CV-00911-RGK-KK<br><br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), this action and the claims of Plaintiffs GISELE FOURNIER and REJEAN FOURNIER are hereby dismissed with prejudice and without costs to either party.  The claims of any putative class members are dismissed without prejudice.

//

//

SO STIPULATED.

Dated: August 24, 2017  Law Offices of Amir J. Goldstein, Esq.

  /s/ Amir J. Goldstein
Amir J. Goldstein, Attorney for Plaintiff


Dated: August 24, 2017  SNELL & WILMER L.L.P.

  /s/ Becca J. Wahlquist
Becca J. Wahlquist, Attorney for Defendant


**DATE: August 24, 2017**

_____
United States District Judge
Honorable R. Gary Klausner